■ CENTRAL GENERAL HOSPITAL et al., Appellants, v BRAMEX LTD. et al., Respondents. (Action No. 1.) SMITHTOWN GENERAL HOSPITAL et al., Appellants, v BRAMEX LTD. et al., Respondents. (Action No. 2.)

The parties have stipulated to a joint trial of the actions, and we agree that that result is proper. Kooper, J. P., Harwood, Eiber and Miller, JJ., concur.